**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

AUG 1 8 2016

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 1:16CR00094SNLJ/ACL |
| | ) | | |
| JUSTIN ANTONIO WRIGHT, | ) | Title 26 U.S.C. §5861(b) and 5861(e) | |
| | ) | Title 18 U.S.C. §922(d)(1) | |
| Defendant. | ) | | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about December 1, 2015, in Dunklin County, in the Eastern District of Missouri, the defendant, **JUSTIN ANTONIO WRIGHT**, knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a), that is, a New England Firearms, Pardner SB1, 12 gauge, break-action, single barrel, smooth bore shotgun with a barrel length of 11.75 inches and an overall length of 18.5 inches, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a), 5861(d), and 5871.

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 1, 2015, in Dunklin County, in the Eastern District of Missouri, the defendant, **JUSTIN ANTONIO WRIGHT**, knowingly and unlawfully transferred a firearm, a New England Firearms, Pardner SB1, 12 gauge, break-action, single barrel, smooth bore shotgun with a barrel length of 11.75 inches and an overall length of 18.5 inches, to another person, in

violation of Title 26, United States Code, Section 5812, that is defendant transferred said firearm without complying with the requirements for transfer of a firearm regulated under the National Firearms Act, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 2, 2016, in Dunklin County, in the Eastern District of Missouri, the defendant, **JUSTIN ANTONIO WRIGHT**, knowingly sold a firearm, that is, a Hi-Point, Model CF380, .380 caliber semi-automatic pistol and a Hi-Point, Model JHP, .45 caliber semi-automatic pistol, to another person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY